

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

July 8, 2021

VIA ECF

Hon. Judge Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Quezada v. Mayweather Promotions LLC
Case No. 1:21-cv-04677

Dear Judge Wang,

The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for July 13, 2021. Defendant was served on June 1, 2021 and has yet to appear. It is now July 8, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

Accordingly, the undersigned requests that the July 13th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with a Motion for Default Judgment.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**

**Mars Khaimov Law, PLLC**

Application **GRANTED**. The Initial Pretrial Conference scheduled for July 13, 2021 is adjourned *sine die*. Plaintiff is directed to follow Judge Engelmayer's Individual Rules and Practices regarding default judgments.

**SO ORDERED.**

_____

Ona T. Wang         7/8/21
U.S.M.J.